```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

RALPH BRUMBAUGH,                :
                                :   Civil A. No. 09-5981(NLH)(AMD)
        Plaintiff,              :
                                :
    v.                          :   **ORDER**
                                :
US AIRWAYS GROUP, INC.,         :
                                :
        Defendant.              :

   For the reasons expressed in the Court's Opinion filed today,

   IT IS HEREBY on this 20th day of May, 2011

   ORDERED that plaintiff's motion to enforce settlement [23] is DENIED.

                                        s/ Noel L. Hillman
At Camden, New Jersey              NOEL L. HILLMAN, U.S.D.J.